

```
FILED           RECEIVED
ENTERED         SERVED ON
                COUNSEL/PARTIES OF RECORD

        MAY 1 3 2015

    CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:15-CR- -00103-KJD-CWH-1 |
| CHRISTOPHER DURLING, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court finds that on __5/13/15__, defendant CHRISTOPHER DURLING pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Information, ECF No. 3; Change of Plea, ECF No. 10; Plea Agreement, ECF No. 7.

This Court finds that defendant CHRISTOPHER DURLING agreed to the imposition of the in personam criminal forfeiture money judgment of $3,962,020.47 in United States Currency, held jointly and severally liable with any codefendants, set forth in the Plea Agreement and the Forfeiture Allegations in the Criminal Information. Criminal Information, ECF No. 3; Change of Plea, ECF No. 10; Plea Agreement, ECF No. 7.

This Court finds that CHRISTOPHER DURLING shall pay a criminal forfeiture money judgment of $3,962,020.47 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28,

. . .

United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHRISTOPHER DURLING a criminal forfeiture money judgment in the amount of $3,962,020.47 in United States Currency.

DATED this 13th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE