

```
                    FILED              RECEIVED
                    ENTERED            SERVED ON
                              COUNSEL/PARTIES OF RECORD

                        SEP    9  2015

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
            BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DURLING,<br><br>Defendant. | 2:15-CR-103-KJD-(CWH) |

### FINAL ORDER OF FORFEITURE

This Court found that CHRISTOPHER DURLING shall pay the criminal forfeiture money judgment of $3,962,020.47 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 7; Change of Plea, ECF No. 10; Order of Forfeiture, ECF No. 11.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHRISTOPHER DURLING the criminal forfeiture money judgment in the amount of $3,962,020.47 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

///

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Michael A. Humphreys.

DATED this 9th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE